# **TABLE OF CONTENTS**

**Page No.**

I.   INTRODUCTION ................................................................................... 4

II.  STATEMENT OF FACTS ..................................................................... 4

III. ARGUMENT .......................................................................................... 5

    A.   The Entire Complaint Lacks Sufficient Facts ................................. 6

        1.  Plaintiff's Mere Conclusions of a Void Assignment Insufficient to State Viable Claim ................................................................. 6

        2.  Plaintiff Lacks Standing to Challenge the Assignment Anyway 7

        3.  Plaintiff's "Separation of the Note" Theory is Without Merit Anyway ................................................................................... 8

    B.   First Cause of Action for Violation of California HBOR Lacks Sufficient Facts ................................................................................ 9

    C.   The Second Cause of Action for Negligence Lacks Sufficient Facts ................................................................................................ 9

        1.  No Duty Owed ......................................................................... 9

        2.  No Breach of Duty ................................................................ 10

        3.  No Resulting Harm ............................................................... 10

    D.   The Third Cause of Action for Quasi Contract Lacks Sufficient Facts .............................................................................................. 10

        1.  This Claim Fails with Plaintiff's Other Claims ..................... 10

        2.  Failure to Restore ................................................................... 11

    E.   The Fourth Cause of Action for Slander of Title Lacks Sufficient Facts .............................................................................................. 11

        1.  There are No Facts Suggesting Falsity ................................. 11

        2.  No Facts showing Malice ...................................................... 11

    F.   The Fifth Cause of Action for Cancellation Lacks Sufficient Facts .............................................................................................. 12

-i-

TABLE OF CONTENTS and TABLE OF AUTHORITIES
*Russell Stewart vs. American General Finance, Inc., et al.*

        1. Failure to Plead with Required Degree of Specificity..............12

        2. This Claim Rises and Falls with Plaintiffs' Other Causes of Action................................................................................................12

   G. The Sixth Cause of Action for Violation of Civil Code §2934 Lacks Sufficient Facts.................................................................................12

   H. The Seventh Cause of Action for Violation of 15 U.S.C. §1692 Lacks Sufficient Facts.................................................................................12

   I. The Eighth Cause of Action for Violation of Business & Professions Code §17200 Lacks Sufficient Facts..........................13

        1. Plaintiff's Conclusions of Law Not Sufficient .........................13

        2. No Injury in Fact Here................................................................14

        3. This Claim Rises and Falls with Plaintiff's Other Failed Claims .......................................................................................14

   J. The Ninth Cause of Action for Accounting Lacks Sufficient Facts ........................................................................................................15

        1. No Fiduciary Duty Owed to Plaintiff ........................................15

        2. No Balanced Owed to Plaintiff...................................................15

   K. The Tenth Cause of Action for Fraud Lacks Sufficient Facts.......15

   L. The Eleventh Cause of Action for Negligent Processing, Administration, and Review of Loan Modification Lacks Sufficient Facts ........................................................................................................15

   M The Twelfth Cause of Action for Violation of Civil Code §2923.6 Lacks Sufficient Facts.................................................................................16

        1. No Facts Suggesting Violation of Statute.................................16

   N. The Thirteenth Cause of Action for Violation of Civil Code §2923.7 Lacks Sufficient Facts.........................................................16

        1. No Facts Suggesting Material Violation ..................................16

O. The Fourteenth Cause of Action for Violation of Civil Code §2924.10 Lacks Sufficient Facts ................................................... 17

P. The Fifteenth Cause of Action for Violation of RESPA Lacks Sufficient Facts ................................................................................ 18

IV. CONCLUSION .......................................................................................... 18

-iii-

TABLE OF CONTENTS and TABLE OF AUTHORITIES
*Russell Stewart vs. American General Finance, Inc., et al.*

# **TABLE OF AUTHORITIES**

**Page No.**

**Cases**

*Balistreri v. Pacifica Police Dept.*
   901 F.2d 696, 699 (9th Cir. 1990) .................................................................................. 5

*Bell Atlantic Corp. v. Twombly*
   550 U.S. 544, 555 (2007) .................................................................................... 6, 9, 17

*Clifford S. v. Superior Court*
   (1995) 38 Cal.App.4th 747, 751 ...................................................................................... 7

*Debrunner v. Deutsche Bank Nat. Trust Co.*
   (2012) 204 Cal.App.4th 433, 440 .................................................................................... 8

*First Nationwide Savings v. Perry*
   (1992) 11 Cal.App.4th 1657, 1670 ................................................................................ 11

*Fontenot v. Wells Fargo Bank, N.A.*
   (2011) 198 Cal.App.4th 256, 271-272 .......................................................................... 12

*Gudger v. Manton*
   (1943) 21 C.2d 537, 541 ............................................................................................... 11

*Hall v. Time, Inc.*
   (2008) 158 Cal.App.4th 847, 849 .................................................................................. 14

*Holmes v. California Nat. Guard*
   (2001) 90 Cal.App.4th 297, 314-315 .............................................................................. 7

*Hulse v. Ocwen Federal Bank*
   195 F.Supp.2d 1188, 1204 (D.Or.2002) ....................................................................... 13

*Ingels v. Westwood One Broadcasting Services, Inc.*
   (2005) 129 Cal.App.4th 1050, 1060 .............................................................................. 14

*Jenkins v. JPMorgan Chase Bank, N.A.*
   (2013) 216 Cal.App.4th 497 ............................................................................................ 8

*Khoury v. Maly's of California*
  (1993) 14 Cal. App. 4th 612, 619 ................................................................... 13
*Ladd v. County of San Mateo*
  (1996) 12 Cal.4th 913, 917........................................................................... 9
*Lueras v. BAC Home Loans Servicing, LP*
  (2013) 221 Cal.App.4th 49, 67 ....................................................................... 10
*Maya v. Centex Corp.*
  658 F.3d 1060, 1067 (2011).................................................................. 6, 9, 17
*McCarthy v. Mayo*
  (9th Cir. 1987) 827 F.2d 1310, 1316.................................................................. 5
*Morgan v. Aurora Loan Servs., LLC*
  2016 U.S. App. LEXIS 5720, at *6-7 (9th Cir. Mar. 28, 2016) ....................... 8
*Nool v. HomeQ Servicing*
  (2009) 653 F.Supp. 2d 1047, 1056.................................................................. 14
*People v. Superior Crt. (Plascencia)*
  (2002) 103Cal.App.4th 409,420........................................................................... 7
*Price v. Wells Fargo Bank*
  (1989) 213 Cal.App.3d 465, 476....................................................................... 15
*Saterbak v. JPMorgan Chase Bank, N.A.*
  (2016) 245 Cal.App.4th 808, 815 .................................................................... 7
*Silicon Knights, Inc. v. Crystal Dynamics, Inc*
  983 F. Supp. 1303, 1316 (N.D. Cal. 1997) ...................................................... 13
*Stewart v. Life Ins. Co. of North America*
  (2005) 388 F.Supp.2d 1138........................................................................... 13
*Swierkewicz v. Sorema*
  N.A., 534 U.S.506, 508, n. 1 (1989)......................................................... 6, 9, 17
*Vien-Phuong Thi Ho v. Recontrust Co., NA*
  (9th Cir. 2017) 858 F.3d 568, 571................................................................. 13

*Western Mining Council v. Watt*
   (9th Cir. 1981) 643 F.2d 618, 624 ................................................................... 5

*Wolfe v. Lipsy*
   (1985) 163 Cal. App. 3d 633, 638 ................................................................... 12

*Yhudai v. IMPAC Funding Corp.*
   (July 29, 2016, No. B262509) ___Cal. App. 5th___ [2016 Cal. App. LEXIS 631, at *12] ...................................................................................................... 8

*Yvanova v. New Century Mortgage*
   (2016) 62 Cal.4th 919, 942-943 ........................................................................ 7

**Statutes**

15 U.S.C. §1692 .................................................................................................. 12

15 U.S.C. §1692a(5) ............................................................................................ 13

15 U.S.C. §1692f ................................................................................................. 12

15 U.S.C. §1692f(6) ............................................................................................. 12

Business & Professions Code §17200 ................................................................ 14

Civil Code §2923.7 .............................................................................................. 16

Civil Code §2934 ................................................................................................. 12

**Other Authorities**

5 Witkin California Procedure § 776 (4th Ed. 1997) .......................................... 15

Restatement 2d, Contracts, §376 ......................................................................... 11

Sen. Rules Com., Off. of Sen. Floor Analyses, 1st reading analysis of Assem. Bill No. 278 (2011-2012 Reg. Sess.) as amended June 27, 2012, p. 32-33 (emphasis added) .............................................................................................. 17

Summary of California Law, (2005), B.E. Witkin, 10th Ed., § 642 ................... 11