| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Gwen H. Ribar, Esq., SBN 188024 |
|   | James J. Ramos, Esq., SBN 252916 |
| 3 | 4665 MacArthur Court, Suite 280 |
| 4 | Newport Beach, CA 92660 |
|   | Tel. (949) 477-5050; Fax (949) 477-9200 |
| 5 | Email: jramos@wrightlegal.net |

Attorney for Defendants,
SELECT PORTFOLIO SERVICING, INC.; DLJ MORTGAGE CAPITAL, INC.;

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA –SACRAMENTO

| | |
|---|---|
| RUSSELL STEWART, an individual, | Case No.: 2:18-CV-1844 KJM CKD PS |
| Plaintiff, | *Assigned to Honorable:* *Kimberly J. Mueller* |
| v. | |
| AMERICAN GENERAL FINANCE, INC.; AMERICAN GENERAL FINANCIAL SERVICES f/k/a AMERICAN GENERAL FINANCE, INC.; WILMINGTON SAVINGS FUND SOCIETY, FSB aka WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, not individually, but as trustee for CARLSBAD FUNDING MORTGAGE TRUST; CLEAR RECON CORP.; RUSHMORE LOAN MANAGMEENT SERVICES, LLC; SELECT PORTFOLIO SERVICING, INC.' SPRINGLEAF FINANCIAL SERVICES, INC. f/k/a AMERICAN GENERAL FINANCIAL SERVICES, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> Date:   September 21, 2018 <br> Time:  10:00 a.m. <br> Ctrm.:  3 – 15th Floor <br><br> *[Filed concurrently with Motion to Dismiss and [Proposed] Order]* |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | INC. aka AMERICAN GENERAL FINANCE, INC.;  OneMain FINANCIAL SERVICES, INC. f/k/a SPRINGLEAF FINANCIAL SERVICES; SPRINGLEAF FINANCE COMMERCIAL CORP. aka SPRINGLEAF FINANCIAL SERVICES.; DLJ MORTGAGE CAPITAL, INC.' DENNIES ESENWEIN, an individual; and "ALL PERSONS or ENTITIES UNKNOWN CLAIMING ANY LEGAL or EQUITABLE RIGHT, TITLE, ESTATE, LIEN or INTEREST in the PROPERTY DESCRIBED in this COMPLAINT ADVERSE to PLAINTIFF'S TITLE, or ANY CLOUD UPON PLAINTIFF'S TITLE THERETO"<br><br>And DOES 1 through 50, inclusive,<br><br>                     Defendants.<br>_____ |

18

19   **TO THIS HONORABLE COURT AND TO ALL PARTIES AND**
20   **THEIR ATTORNEYS OF RECORD:**

21   **PLEASE TAKE NOTICE** that Defendants SELECT PORTFOLIO
22   SERVICING, INC.; DLJ MORTGAGE CAPITAL, INC hereby request, that the
23   Court to take judicial notice of the following documents that are publicly
24   recorded documents which are put at issue by Plaintiff.

25   1.      Deed of Trust recorded June 21, 2007, in the San Joaquin County
26   Recorder's Office bearing instrument number 2002-106245, a true and correct
27   copy of which is attached hereto as Exhibit "A."

28

1    2.   Corporate Assignment of Deed of Trust recorded August 8, 2016, in the San Joaquin County Recorder's Office bearing instrument number 2016-092339, a true and correct copy of which is attached hereto as Exhibit "B."

3.   Corporate Assignment of Deed of Trust recorded August 8, 2016, in the San Joaquin County Recorder's Office bearing instrument number 2016-092340, a true and correct copy of which is attached hereto as Exhibit "C."

4.   Notice of Default recorded August 5, 2003, in the San Joaquin County Recorder's Office bearing instrument number 2003-175416, a true and correct copy of which is attached hereto as Exhibit "D."

5.   Notice of Default recorded September 7, 2006, in the San Joaquin County Recorder's Office bearing instrument number 2006-190877, a true and correct copy of which is attached hereto as Exhibit "E."

6.   Notice of Default recorded August 16, 2011, in the San Joaquin County Recorder's Office bearing instrument number 2011-097672, a true and correct copy of which is attached hereto as Exhibit "F."

7.   Notice of Default recorded June 14, 2013, in the San Joaquin County Recorder's Office bearing instrument number 2013-079087, a true and correct copy of which is attached hereto as Exhibit "G."

8.   Notice of Default recorded January 12, 2017, in the San Joaquin County Recorder's Office bearing instrument number 2017-005674, a true and correct copy of which is attached hereto as Exhibit "H."

9.   Loan Modification recorded September 30, 2013, in the San Joaquin County Recorder's Office bearing instrument number 2013-124869, a true and correct copy of which is attached hereto as Exhibit "I."

///
///
///
///

1     10.    Trustee's Deed Upon Sale recorded October 24, 2017, in the San Joaquin County Recorder's Office bearing instrument number 2017-124016, a true and correct copy of which is attached hereto as Exhibit "J."

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: July 30, 2018    By:    s/ *Gwen H. Ribar*
    Gwen H. Ribar, Esq.,
    James J. Ramos, Esq.,
    Attorneys for Defendants,
    SELECT PORTFOLIO SERVICING, INC.; DLJ MORTGAGE CAPITAL, INC.