UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL STEWART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN GENERAL FINANCE, INC. et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-01844-KJM-CKD<br><br>**RESPONSE TO MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

   Plaintiff, proceeding pro se, filed a notice of appeal from the judgment dated September 20, 2019, dismissing this action with prejudice. ECF No. 56. In conjunction with his appeal, plaintiff filed a motion before this court to proceed in forma pauperis on appeal. ECF No. 57 (Motion to Proceed In Forma Pauperis).

   Federal Rule of Appellate Procedure 24 states:

> A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
>
> (B) a statute provides otherwise.

1

| | |
|---|---|
| 1 | Fed. R. App. P. 24 (a)(3); *see also* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma |
| 2 | pauperis if the trial court certifies in writing that it is not taken in good faith."). |
| 3 | Plaintiff was permitted to proceed in forma pauperis in his action before this court. |
| 4 | ECF No. 2. The court does not find this appeal is not taken in good faith or that plaintiff is not |
| 5 | otherwise entitled to proceed in forma pauperis. Furthermore, no statute appears to prevent |
| 6 | plaintiff from proceeding in forma pauperis on his appeal. |
| 7 | Accordingly, plaintiff's motion to proceed in forma pauperis on appeal is |
| 8 | GRANTED. This order resolve ECF No. 57. |
| 9 | IT IS SO CERTIFIED. |
| 10 | DATED: November 21, 2019. |

_____
UNITED STATES DISTRICT JUDGE

2